STEPHEN F. EDWARDS, No. 10780
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Suite 800
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732
Email: sedwards@mmrm.com

*Attorneys for Defendant Smith's Food & Drug Centers, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| JOANN JESSOP, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio Corporation, d/b/a SMITH'S MARKETPLACE,<br><br>　　　Defendant. | **NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Civil No. 2:22-cv-00795-RJS<br><br>Judge Robert J. Shelby |

　　　PLEASE TAKE NOTICE that Defendant Smith's Food & Drug Centers, Inc., by and through its counsel of record, Stephen F. Edwards of Morgan, Minnock, Rice & Miner, L.C., hereby removes this action from the Third Judicial District Court, Salt Lake County, State of Utah, to the United States District Court, State of Utah, Central Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully states as follows:

　1. Plaintiff Joann Jessop filed this civil action against Defendant in the Third Judicial

District Court, Salt Lake County, State of Utah, bearing Case Number 220907029, on November 18, 2022. A copy of the Complaint is attached as Exhibit "A."

2. Defendant Smith's Food & Drug Centers, Inc. was served on November 22, 2022. A copy of the Summons is attached as Exhibit "B."

3. As more fully set out below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 because Defendant has (1) satisfied the procedural requirements for removal, and (2) this Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332.

4. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff's Counsel, and a copy is also being filed with the Clerk of the Court for the Third Judicial District Court.

5. There is complete diversity between the Parties to this action.

6. According to Plaintiff's Complaint, Plaintiff is, and was at the time she commenced this action, domiciled in and a resident of the State of Utah. (Complaint, ¶ 1, Exhibit "A.")

7. Defendant Smith's Food & Drug Centers, Inc., is and was at the time Plaintiff commenced this action, an Ohio corporation with its principal place of business in Cincinnati, Ohio.

8. With respect to the amount in controversy, by filing a Tier 2 Complaint, Plaintiff is alleging damages up to $300,000.

9. With respect to the amount in controversy, Plaintiff is alleging that as she was walking, she slipped on blue liquid. It is believed the blue liquid was cleaner spilled by a Smith's

employee.  (Complaint, ¶¶ 8-9, Exhibit "A.")

10. With respect to the amount in controversy, Plaintiff is alleging that her injuries are a "direct and proximate result of the negligence and carelessness of the Defendant . . .." (*Id.* at ¶ 20, Exhibit "A.")

11. With respect to the amount in controversy, Plaintiff is alleging past medical expenses of $30,560.65 and general damages of $150,000. (*Id.*, Prayer for Relief, ¶¶ A-B, Exhibit "A.")  Plaintiff alleges injuries and damages in excess of $75,000 and therefore satisfies the amount in controversy for removal of this case.  *McPhail v. Deere & Comp.,* 529 F.3d 947, 956 (10th Cir. 2008) ("A complaint that presents a combination of facts and theories of recovery that may support a claim in excess of $75,000 can support removal.").  Thus, the amount in controversy exceeds $75,000, exclusive of costs.

WHEREFORE, Defendants respectfully remove this action from the Third Judicial District Court, Salt Lake County, State of Utah, pursuant to 28 U.S.C. § 1441, and respectfully request that this Court assume complete jurisdiction over this action and exclude any further proceedings in State Court.

DATED this 22nd day of December 2022.

MORGAN, MINNOCK, RICE & MINER, L.C.

 */s/ Stephen F. Edwards*
Stephen F. Edwards
*Attorneys for Defendants Smith's Food & Drug Centers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2022, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** to be e-filed via CM/ECF and served via e-filing upon the following:

> Steven M. Rogers srogers@roruss.com
> Nic R. Russell
> Wylie C. Thomas
> M'Kay G. Driggs
> ROGERS & RUSSELL, PLLC
> 170 South Main Street
> Pleasant Grove, Utah 84062
> *Attorneys for Plaintiff*

And via JudiciaLink e-filing to the following:

> THIRD JUDICIAL DISTRICT COURT – Salt Lake County
> Clerk of the Court
> 450 South State Street
> Salt Lake City, Utah 84114-1860

*/s/ Krystal Day*
Paralegal